```
              IN THE UNITED STATES DISTRICT COURT
                  WESTERN DISTRICT OF ARKANSAS
                        HARRISON DIVISION
```

DENVER GULLEY                                                PLAINTIFF

v.                        Case No. 07-3062

CITY OF MOUNTAIN HOME                                        DEFENDANT

**ORDER**

Currently before the Court is plaintiff's counsel's **Motion to Withdraw (Doc. 7)**.  Upon due consideration, the motion is **GRANTED**.

The United States District Court Clerk is directed to forward a copy of this order to plaintiff at the following address:

> 338 Robin Hood Circle
> Mountain Home, AR 72653
> 870-424-6181

Plaintiff shall have until August 6, 2008, to either notify the Court of his intention to proceed pro se or to have an attorney enter an appearance on his behalf.

The discovery deadline shall be extended to September 5, 2008.

IT IS SO ORDERED this 23rd day of July, 2008.

/S/JIMM LARRY HENDREN
JIMM LARRY HENDREN
UNITED STATES DISTRICT JUDGE