```
             IN THE UNITED STATES DISTRICT COURT
                WESTERN DISTRICT OF ARKANSAS
                      HARRISON DIVISION
```

DENVER GULLEY                                                    PLAINTIFF

    vs.                CASE No. 07-3062

CITY OF MOUNTAIN HOME                                            DEFENDANT

### O R D E R

NOW on this 24th day of February 2009, the above referenced matter comes on for consideration of plaintiff's **Motion to Quash Subpoena (doc #67)**. The Court, being well and sufficiently advised that the motion is moot, finds and orders that the motion should be, and it hereby is, **denied as moot**.

**IT IS SO ORDERED.**

                                              /S/JIMM LARRY HENDREN
                                              JIMM LARRY HENDREN
                                              UNITED STATES DISTRICT JUDGE