```
            IN THE UNITED STATES DISTRICT COURT
                WESTERN DISTRICT OF ARKANSAS
                      HARRISON DIVISION
```

DENVER GULLEY                                              PLAINTIFF

v.                         Case No. 07-3062

CITY OF MOUNTAIN HOME                                      DEFENDANT

## J U D G M E N T

On the 6th day of April, 2009, this matter came on for trial to a duly selected jury consisting of twelve members. At the close of plaintiff's case, the Court granted the defendant judgment as a matter of law on plaintiff's claim that he was discriminated against on the basis of his disability. Plaintiff's remaining claims were submitted to the jury on April 9, 2009. A unanimous decision was reached as to the following interrogatories:

### INTERROGATORY NO. 1

ON PLAINTIFF'S CLAIM THAT HE WAS DEMOTED IN RETALIATION FOR COMPLAINING ABOUT GENDER DISCRIMINATION, WE THE JURY FIND IN FAVOR OF:

    PLAINTIFF      \_\_\_\_\_

    DEFENDANT      \_\_X\_\_

### INTERROGATORY NO. 2

ON PLAINTIFF'S CLAIM THAT HE WAS DISCHARGED IN RETALIATION FOR FILING AN EEOC CHARGE, WE THE JURY FIND IN FAVOR OF:

```
PLAINTIFF       _____

DEFENDANT         X  
```

IT IS ORDERED AND ADJUDGED in accordance with the answer to such interrogatories and verdict, that the plaintiff takes nothing on his complaint filed herein.  This matter is hereby dismissed in its entirety with prejudice.

IT IS SO ORDERED this 9th day of April, 2009.

/S/JIMM LARRY HENDREN  
JIMM LARRY HENDREN  
UNITED STATES DISTRICT JUDGE
